# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAXIMINO BUENAVENTURA, *et al.*, | |
| Plaintiffs, | Case No. 2:11-cv-01374-JCM-CWH |
| vs. | **ORDER** |
| WALLDESIGN, INC., *et al.*, | |
| Defendants. | |

This matter is before the court on Defendants' Motion to Strike Incorrectly Filed Document (#67), filed March 24, 2012. Defendants request that the Court strike the incorrectly filed motion for reconsideration (#65) of the undersigned's Order denying Defendants' motion to stay. *See* Order (#59). The motion for reconsideration (#65) was filed in error and is a duplicate of Defendants' appeal of the underlying Order denying the motion stay to the presiding District Judge in this matter. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Strike Incorrectly Filed Document (#67) is **granted**. The Clerk of Court is instructed to strike docket entry (#65) as it was filed in error.

Dated this 21st day of March, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge