UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MAXIMINO BUENAVENTURA, *et al.*,  )
                                          )
          Plaintiffs,  )   Case No. 2:11-cv-01374-JCM-CWH
                                          )
vs.  )   **ORDER**
                                          )
WALLDESIGN, INC., *et al.*,  )
                                          )
          Defendants.  )
_____)

       This matter is before the court on the parties' Stipulated discovery Plan and Scheduling Order (#85), filed April 4, 2012.

       The parties request the standard 180 discovery period, but request that it be bifurcated into two phases. After review, the Court agrees that phased discovery is appropriate. However, rather than speculate as to the applicable dates and content of the proposed phase 2 of discovery, the Court will limit discovery to the phase 1 issues identified in the proposed plan. Specifically, the parties are authorized to conduct discovery regarding (1) whether named Plaintiffs are similarly situated to other individuals, and (2) the merits of the claims asserted by the individually named Plaintiffs. Thereafter, the Court will require the parties to submit a joint status report identifying the discovery that remains. Accordingly,

       **IT IS HEREBY ORDERED** that the parties' Stipulated discovery Plan and Scheduling Order (#85) is **granted in part and denied in part**. The parties are authorized to conduct phase 1 discovery as outlined herein. Such discovery shall be completed on or before **August 29, 2012**. The parties shall exchange Rule 26(a) initial disclosures by **May 31, 2012**. NO OTHER DISCOVERY IS AUTHORIZED.

1     **IT IS FURTHER ORDERED** that the parties shall submit a joint status report by **September
2     5, 2012**, that includes a specific description of the discovery competed, the discovery that remains, and
3     a proposed schedule for the completion of discovery.
4          Dated this 2nd day of May, 2012.

                                                    _____
                                                    C.W. Hoffman, Jr.
                                                    United States Magistrate Judge