UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUAN PABLO ORQUIZA, *et al.*, | |
| Plaintiffs, | Case No. 2:11-cv-01374-JCM-CWH |
| vs. | **ORDER** |
| WALLDESIGN, INC., *et al.*, | |
| Defendants. | |

This matter is before the court on Plaintiffs' Motion to Compel (#48), filed January 27, 2012. By way of the motion, Plaintiffs request that the Court compel Defendants to participate in the Rule 26(f) scheduling conference. On February 13, 2012, the undersigned entered an order denying Defendants' motion to stay (#45). *See* Mins. of Proceedings (#59). On appeal, the order was upheld. *See* Order (#84). Thereafter, the parties submitted a stipulated discovery plan (#85), which was granted in part and denied in part. *See* Order (#86). Consequently, Plaintiff's pending motion to compel (#48) is moot.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** Plaintiffs' Motion to Compel (#48) is **denied**.

Dated this 4th day of May, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge