# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN PABLO ORQUIZA, *et al.*, | |
| Plaintiffs, | Case No. 2:11-cv-01374-JCM-CWH |
| vs. | **ORDER** |
| WALLDESIGN, INC., *et al.*, | |
| Defendants. | |

    This matter is before the Court on the Flangas McMillan Law Group's Motion to Withdraw as Counsel of Record for Defendant Sterling S Development, Inc. (#106), filed July 26, 2012. By way of the motion, Gus W. Flangas, Esq., Kim D. Price, Esq., and the Flangas McMillan Law Group request leave of the Court to withdraw as counsel of record for Defendant Sterling S Development, Inc. The motion represents that counsel has had difficulty executing a Retainer Agreement and obtaining payment for fees and costs from Sterling S. Development, Inc.

    Pursuant to Local Rule IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." The motion contains a certificate of mailing to the affected party at their last known address. Further, the movant established good cause for the withdrawal. Accordingly,

    **IT IS HEREBY ORDERED** that the Flangas McMillan Law Group's Motion to Withdraw as Counsel of Record for Defendant Sterling S Development, Inc. (#106) is **granted**. Attorney's Gus W. Flangas and Kim D. Price shall no longer represent Sterling S Development, Inc. in this matter.

    **IT IS FURTHER ORDERED** that Sterling S Development, Inc. shall have until **August 17, 2012**, to advise the Court if they will retain new counsel. Defendant Sterling S Development, Inc. must retain new counsel if it intends to continue to litigate this matter. A corporation may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.,* 3 F.3d 1244, 1245 (9th Cir. 1993).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Defendant Sterling S Development, Inc. to the civil docket and serve them with a copy of this order:

> 284-C E. Lake Mead Pkwy
> Henderson, Nevada 89015

**IT IS FURTHER ORDERED** that a Status Hearing is set for **August 23, 2012** at **9:30 a.m.** in LV Courtroom 3C.  If notice of new counsel paperwork is filed prior to the hearing date, the hearing will be vacated.

Dated this 27th day of July, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge