# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN PABLO ORQUIZA, *et al.*, ) | |
| Plaintiffs, ) | Case No. 2:11-cv-01374-JCM-CWH |
| vs. ) | **ORDER** |
| WALLDESIGN, INC., *et al.*, ) | |
| Defendants. ) | |

This matter is before the Court on the Flangas McMillan Law Group's Motion to Amend Order of July 27, 2012 (#108), filed July 31, 2012. The Flangas McMillan Law Group represents that it provided the incorrect address for Defendant Sterling S Development, Inc, its former client. The Court agrees that the prior order should be amended to include the correct address. Accordingly,

**IT IS HEREBY ORDERED** that the Flangas McMillan Law Group's Motion to Amend Order of July 27, 2012 (#108) is **granted**.

**IT IS FURTHER ORDERED** that Sterling S Development, Inc. shall have until **Tuesday, August 21, 2012**, to advise the Court if they will retain new counsel. Defendant Sterling S Development, Inc. must retain new counsel if it intends to continue to litigate this matter. A corporation may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.,* 3 F.3d 1244, 1245 (9th Cir. 1993).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Defendant Sterling S Development, Inc. to the civil docket and serve them with a copy of this order:

   5365 South Cameron
   Las Vegas, Nevada 89118

**IT IS FURTHER ORDERED** that the Flangas McMillan Law Group shall serve a copy of this order on Defendant Sterling S. Development. Proof of service should be filed with the Court not later than **Friday, August 10, 2012**.

1     **IT IS FURTHER ORDERED** that the Status Hearing currently set for **August 23, 2012** at **9:30 a.m.** in LV Courtroom 3C is **VACATED** and **RESCHEDULED** to **Thursday, August 30, 2012** at **9:30 a.m.** in LV Courtroom 3C. If notice of new counsel paperwork is filed prior to the hearing date, the hearing will be vacated.

    Dated this 2nd day of August, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge