# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JUAN PABLO ORQUIZA, *et al.*,

        Plaintiffs,

vs.

WALLDESIGN, INC., *et al.*,

        Defendants.

Case No. 2:11-cv-01374-JCM-CWH

**ORDER**

      This matter is before the Court on the law firm of Littler Mendelson's Motion to Withdraw as Counsel of Record for Defendant Imperial Building Group (#187), filed August 12, 2013. By way of the motion, attorneys Noel E. Eidsmore, Cory G. Walker, Kristina Escamilla Gilmore, Rick Roskelly, and the law firm of Littler Mendelson seek leave to withdraw as counsel of record for Defendant Imperial Building Group ("Imperial"). Withdrawing counsel has been notified by Imperial to cease all legal work as Imperial is no longer in business and will not be able to pay its outstanding legal fees.

      Pursuant to Local Rule IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." Withdrawing counsel represents that all affected parties, including Imperial, have been notified of this motion. Having reviewed the motion, the Court finds there is good cause for the withdrawal. Accordingly,

      **IT IS HEREBY ORDERED** that the law firm of Littler Mendelson's Motion to Withdraw as Counsel of Record for Defendant Imperial Building Group (#187) is **granted**. Attorneys Noel E. Eidsmore, Cory G. Walker, Kristina Escamilla Gilmore, and Rick Roskelly shall no longer represent Defendant Imperial Building Group, Inc. in this matter.

      **IT IS FURTHER ORDERED** that Imperial Building Group, Inc. shall have until **September 9, 2013**, to advise the Court if they will retain new counsel. Defendant Imperial Building Group, Inc. must retain new counsel if it intends to continue to litigate this matter. A corporation may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.,* 3 F.3d 1244, 1245

1 | (9th Cir. 1993).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Defendant Imperial Building Group, Inc. to the civil docket and mail it a copy of this order:

> 26 Chaping Road, Unit 1112
> Pine Brook, NJ 07058

**IT IS FURTHER ORDERED** that withdrawing counsel shall serve its former counsel with a copy of this order and file a certificate of service with the Court by **August 30, 2013**.

Dated: August 13, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge