# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN PABLO ORQUIZA, *et al.*, | ) |
| Plaintiffs, | ) Case No. 2:11-cv-01374-JCM-CWH |
| vs. | ) **ORDER** |
| WALLDESIGN, INC., *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the law firm of Shumway Van & Hansen's Amended Motion to Withdraw as Counsel of Record for Defendant Sterling S. Development, Inc. (#199), filed September 25, 2013. By way of the motion, attorney Michael C. Van and the law firm of Shumway Van & Hansen seek leave to withdraw as counsel of record for Defendant Sterling S. Development, Inc. ("Sterling"). Pursuant to Local Rule IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." Based on the motion, Sterling is no longer in business, has a revoked contractor's license, and has failed to pay its legal expenses. A copy of the motion has been delivered to Sterling at its last known address and opposing counsel have been served with the motion. Accordingly,

**IT IS HEREBY ORDERED** that the law firm of Shumway Van & Hansen's Amended Motion to Withdraw as Counsel of Record for Defendant Sterling S. Development, Inc. (#199) is **granted**.

**IT IS FURTHER ORDERED** that Defendant Sterling S. Development, Inc. shall have until **October 30, 2013**, to advise the Court if they will retain new counsel. Sterling S. Development, Inc. must retain new counsel if it intends to continue to litigate this matter. A corporation may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.,* 3 F.3d 1244, 1245 (9th Cir. 1993).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Defendant Sterling S. Development, Inc. to the docket and mail a copy of this order to:

Sterling S. Development, Inc.
C/O Rick Stratton
237 Chaco Canyon
Las Vegas, Nevada 89074

**IT IS FURTHER ORDERED** that withdrawing counsel shall also serve a copy of this order on Sterling S. Development, Inc. and file a certificate of service with the Court by **October 2, 2013**.

Dated: September 27, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge