UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JUAN PABLO ORQUIZA, et al.,

    Plaintiffs,

v.

WALLDESIGN, INC., et al.,

    Defendants.

2:11-CV-1374 JCM (CWH)

**ORDER**

Presently before the court is the matter of *Buenaventura, et al. v. Walldesign, Inc., et al.*, case no. 2:11-cv-1374-JCM-CWH.

On February 28, 2014, the court entered an order denying without prejudice plaintiffs' second motion to amend the complaint. (Doc. # 229). The order also struck the parties' stipulation (doc. # 226) without prejudice to be re-filed. The order was entered in error and is hereby VACATED.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the court's order (doc. # 229) be, and the same hereby is, VACATED.

IT IS FURTHER ORDERED that the stipulation (doc. #226) be, and the same hereby is, GRANTED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED that the response(s) to the motion to amend (doc. # 224) are
2   due by March 3, 2014.  Replies shall be due by March 17, 2014.
3   DATED February 28, 2014.

_____
UNITED STATES DISTRICT JUDGE