1

2

3

4               UNITED STATES DISTRICT COURT

5                    DISTRICT OF NEVADA

6                          * * *

7   JUAN PABLO ORQUIZA, MAXIMINO          Case No. 2:11-CV-1374 JCM (CWH)
    BUENEVANTURA,
8                                                     ORDER
                          Plaintiff(s),
9
10          v.

11  WALLDESIGN, INC., et al.,

12                        Defendant(s).

13          Presently before the court is defendant D.R. Horton's  motion for summary judgment on

14  plaintiffs' FLSA and N.R.S. 608.150 claims.  (Doc. # 270).  Plaintiffs did not file a response and

15  the deadline to do so has passed.

16          Also before the court is defendant D.R. Horton's separate motion for summary judgment

17  regarding cross-claims against defendants Bello and Imperial Building Group.  (Doc. # 273.)

18  Defendant Michael Bello filed a response.  (Doc. # 291).  Defendant Imperial Building Group

19  did not file a response and the deadline to do so has passed.

20          On October 3, 2014, defendant D.R. Horton and plaintiffs filed a stipulation of dismissal

21  with prejudice as to all claims by plaintiffs against D.R. Horton.  (Doc. # 304).  The court

22  granted this stipulation on the same day, (doc. # 305), thereby mooting defendant D.R. Horton's

23  motion for summary judgment on plaintiff's FLSA and N.R.S. 608.150 claims (doc. # 270).

24          On October 29, 2014, defendants D.R. Horton and Bello filed a stipulation dismissing

25  with prejudice all cross-claims by D.R. Horton against defendants Bello and Imperial Building

26  Group.[1]  The court granted this stipulation on November 10, 2014, (doc. # 309), thereby mooting

27

28
    _____

        [1] Imperial Building Group is currently unrepresented by counsel in this matter.

**James C. Mahan**
**U.S. District Judge**

defendant D.R. Horton's motion for summary judgment regarding cross-claims against defendants Bello and Imperial Building Group, (doc. # 273).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant and cross-complaintant D.R. Horton's motions for summary judgment (docs. ## 270 and 273) be, and the same hereby, are DENIED as moot.  The motions are denied with prejudice.

DATED November 12, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -