1
2
3
4          UNITED STATES DISTRICT COURT
5              DISTRICT OF NEVADA
6                    * * *
7
JUAN PABLO ORQUIZA, MAXIMINO          Case No. 2:11-CV-1374 JCM (CWH)
8   BUENEVANTURA,
                                                      ORDER
9                          Plaintiff(s),
10          v.
11  WALLDESIGN, INC., et al.,
12                         Defendant(s).

13          Presently before the court is the matter of *Buenaventura, et al. v. Walldesign, Inc., et al.*,
14   case number 2:11-cv-1374-JCM-CWH.
15          Plaintiffs initiated this case on August 25, 2011.  Plaintiffs worked for defendants as
16   drywall hangers and tapers, lathers, and stucco workers and painters.  They allege violations of the
17   Fair Labor Standards Act ("FLSA") by defendants.
18          The case has persisted for more than three years and has been a jumble of claims and cross-
19   claims between plaintiffs and defendants.
20          On August 14, 2014, the parties participated in a settlement conference before Magistrate
21   Judge Carl W. Hoffman.  (Doc. # 290).  The parties reached a settlement and Magistrate Judge
22   Hoffman ordered the parties to execute settlement documents, complete the settlement, and file
23   dismissal paperwork within thirty days.
24          On September 10, 2014, this court granted the parties' joint motion for leave to file a
25   confidential settlement agreement under seal.  (Doc. # 297).  The court approved the confidential
26   settlement agreement as to all state and federal wage and hour claims including those under the
27   Fair Labor Standards Act and the Nevada Revised Statutes relating to plaintiffs' claims for failure
28   to pay overtime, failure to pay minimum wages, penalties and liquidated damages.  (Doc. # 297).

**James C. Mahan**
**U.S. District Judge**

1       The parties subsequently filed a number of stipulations of dismissal.  (*See, e.g.*, docs. ##

2 304, 306, 308.)  The court granted these stipulations.  (Doc. # 310).  No filings have been made by

3 either party since October 29, 2014.  The case currently has no pending motions.

4       Accordingly,

5       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs file

6 supplemental documentation or other evidence showing cause as to why this action should not be

7 dismissed with prejudice and the case closed.  Plaintiffs shall file within seven days of the entry

8 of this order.

9       DATED March 5, 2015.

10

11       UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -