UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN PABLO ORQUIZA, MAXIMINO BUENEVANTURA,<br><br>Plaintiff(s),<br><br>v.<br><br>WALLDESIGN, INC., et al.,<br><br>Defendant(s). | Case No. 2:11-CV-1374 JCM (CWH)<br><br>ORDER |

Presently before the court is the matter of *Buenaventura, et al. v. Walldesign, Inc., et al.*, case number 2:11-cv-1374-JCM-CWH.

Plaintiffs initiated this case on August 25, 2011. Plaintiffs worked for defendants as drywall hangers and tapers, lathers, and stucco workers and painters. They allege violations of the Fair Labor Standards Act ("FLSA") by defendants.

The case has persisted for more than three years and has been a jumble of claims and cross-claims among plaintiffs and defendants.

On August 14, 2014, the parties participated in a settlement conference before Magistrate Judge Carl W. Hoffman. (Doc. # 290). The parties reached a settlement and Magistrate Judge Hoffman ordered the parties to execute settlement documents, complete the settlement, and file dismissal paperwork within thirty days.

On September 10, 2014, this court granted the parties' joint motion for leave to file a confidential settlement agreement under seal. (Doc. # 297). The court approved the confidential settlement agreement as to all state and federal wage and hour claims including those under the Fair Labor Standards Act and the Nevada Revised Statutes relating to plaintiffs' claims for failure to pay overtime, failure to pay minimum wages, penalties and liquidated damages. (Doc. # 297).

**James C. Mahan**
**U.S. District Judge**

1  The parties subsequently filed a number of stipulations of dismissal.  (*See, e.g.*, docs. ## 304, 306, 308.)  The court granted these stipulations.  (Doc. # 310).  On March 5, 2015, the court ordered plaintiffs to file supplemental documentation or other evidence showing cause as to why this action should not be dismissed with prejudice and the case closed.  (Doc. # 311).  Plaintiffs timely filed a statement of current procedural posture on March 11, 2015.  (Doc. # 312).

Plaintiffs represent that they have settled all of their claims with defendants except one: Michael Bello.  (Doc. # 312).  The court dismissed plaintiff's claims against Bello in a previous order.  Plaintiffs have appealed this decision to the Ninth Circuit.  (Doc. # 312).

All claims have either been settled by the parties or dismissed by the court.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the clerk of court shall close this case.

DATED March 13, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**